Steve R. WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. 73539.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 6, 1998.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth P. Ferguson, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SIMON, P.J., and CRANE and MOONEY, JJ.

## ORDER

PER CURIAM.

Steve Williams (Movant) appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).